# EXHIBIT 3

Case 6:25-cv-01564-PGB-RMN    Document 1-3    Filed 08/15/25    Page 2 of 2 PageID 359

Allstate Insurance Company, et al. v. Ortiz Health and Rehab Center, Inc., et al.
Exhibit 3 - Mail and Wire Fraud Events

| Claim Number | Patient Initials | Date | Sent By | Sent Through | Sent To | Contents |
|---|---|---|---|---|---|---|
| 0675931851 | C.E. | 8/3/2022 | Align to Shine Chiropratic LLC | U.S. Mail | Allstate Fire and Casualty Insurance Company | Medical Records/Bills |
| 0684241714 | A.P. | 10/13/2022 | Align to Shine Chiropratic LLC | U.S. Mail | Allstate Fire and Casualty Insurance Company | Medical Records/Bills |
| 0692573900 | K.H. | 11/29/2022 | Align to Shine Chiropratic LLC | U.S. Mail | Allstate Fire and Casualty Insurance Company | Medical Records/Bills |
| 0689726064 | K.A. | 12/12/2022 | Align to Shine Chiropratic LLC | Interstate Wires/Fax | Allstate Property and Casualty Insurance Company | Medical Records |
| 0692573900 | K.H. | 1/19/2023 | Align to Shine Chiropratic LLC | U.S. Mail | Allstate Fire and Casualty Insurance Company | Medical Records/Bills |
| 0689726064 | K.A. | 1/31/2023 | Align to Shine Chiropratic LLC | U.S. Mail | Allstate Property and Casualty Insurance Company | Medical Records/Bills |
| 0686927526 | K.W. | 2/6/2023 | Align to Shine Chiropratic LLC | U.S. Mail | Allstate Fire and Casualty Insurance Company | Medical Records/Bills |
| 0580585347 | G.S. | 3/25/2020 | Ortiz Health and Rehab Center, Inc. | U.S. Mail | Allstate Property and Casualty Insurance Company | HICF |
| 0596072009 | E.C. | 8/14/2020 | Ortiz Health and Rehab Center, Inc. | U.S. Mail | Allstate Fire and Casualty Insurance Company | HICF |
| 0582812953 | L.N. | 10/13/2020 | Ortiz Health and Rehab Center, Inc. | U.S. Mail | Allstate Fire and Casualty Insurance Company | Medical Records/Bills |
| 0580331460 | R.C. | 10/15/2020 | Ortiz Health and Rehab Center, Inc. | U.S. Mail | Allstate Fire and Casualty Insurance Company | Medical Records/Bills |
| 0613332063 | R.A. | 1/29/2021 | Ortiz Health and Rehab Center, Inc. | U.S. Mail | Allstate Fire and Casualty Insurance Company | HICF |
| 0613870096 | A.M. | 2/5/2021 | Ortiz Health and Rehab Center, Inc. | U.S. Mail | Allstate Fire and Casualty Insurance Company | HICF |
| 0619010275 | J.P. | 3/15/2021 | Ortiz Health and Rehab Center, Inc. | U.S. Mail | Allstate Insurance Company | Medical Records |
| 0619010275 | J.A. | 3/16/2021 | Ortiz Health and Rehab Center, Inc. | U.S. Mail | Allstate Insurance Company | Medical Records |
| 0628485948 | M.P. | 7/17/2021 | Ortiz Health and Rehab Center, Inc. | U.S. Mail | Allstate Fire and Casualty Insurance Company | HICF |
| 0574853255 | M.T. | 8/3/2021 | Ortiz Health and Rehab Center, Inc. | U.S. Mail | Allstate Fire and Casualty Insurance Company | Medical Records/Bills |
| 0646703256 | R.C. | 10/28/2021 | Ortiz Health and Rehab Center, Inc. | U.S. Mail | Allstate Fire and Casualty Insurance Company | HICF |
| 0645137472 | L.G. | 12/29/2021 | Ortiz Health and Rehab Center, Inc. | U.S. Mail | Allstate Indemnity Company | HICF |
| 0644843575 | Y.H. | 1/28/2022 | Ortiz Health and Rehab Center, Inc. | U.S. Mail | Allstate Insurance Company | Medical Records/Bills |
| 0645137472 | T.G. | 2/7/2022 | Ortiz Health and Rehab Center, Inc. | U.S. Mail | Allstate Indemnity Company | HICF |
| 0647292655 | J.A. | 2/10/2022 | Ortiz Health and Rehab Center, Inc. | U.S. Mail | Allstate Fire and Casualty Insurance Company | Medical Records/Bills |
| 0647292655 | M.C. | 2/10/2022 | Ortiz Health and Rehab Center, Inc. | U.S. Mail | Allstate Fire and Casualty Insurance Company | Medical Records/Bills |
| 0647292655 | M.C. | 3/3/2022 | Ortiz Health and Rehab Center, Inc. | Interstate Wires/Fax | Allstate Fire and Casualty Insurance Company | Medical Records/Bills |
| 0608099866 | P.D. | 5/5/2022 | Ortiz Health and Rehab Center, Inc. | U.S. Mail | Allstate Fire and Casualty Insurance Company | Medical Bills |
| 0669110405 | M.C. | 5/23/2022 | Ortiz Health and Rehab Center, Inc. | U.S. Mail | Allstate Fire and Casualty Insurance Company | HICF |
| 0666886528 | B.V. | 5/24/2022 | Ortiz Health and Rehab Center, Inc. | U.S. Mail | Allstate Fire and Casualty Insurance Company | HICF |
| 0665485322 | C.L. | 7/7/2022 | Ortiz Health and Rehab Center, Inc. | U.S. Mail | Allstate Fire and Casualty Insurance Company | HICF |
| 0502950488 | W.C. | 7/16/2022 | Ortiz Health and Rehab Center, Inc. | Interstate Wires/Fax | Allstate Insurance Company | Medical Records/Bills |
| 0671685717 | L.T. | 8/24/2022 | Ortiz Health and Rehab Center, Inc. | U.S. Mail | Allstate Fire and Casualty Insurance Company | Medical Records/Bills |
| 0667972855 | Y.G. | 9/20/2022 | Ortiz Health and Rehab Center, Inc. | U.S. Mail | Allstate Fire and Casualty Insurance Company | Medical Records/Bills |
| 0665485322 | F.P. | 10/11/2022 | Ortiz Health and Rehab Center, Inc. | U.S. Mail | Allstate Fire and Casualty Insurance Company | Medical Records/Bills |
| 0685531444 | O.S. | 10/20/2022 | Ortiz Health and Rehab Center, Inc. | U.S. Mail | Allstate Fire and Casualty Insurance Company | HICF |
| 0677197450 | W.M. | 11/1/2022 | Ortiz Health and Rehab Center, Inc. | Interstate Wires/Fax | Allstate Fire and Casualty Insurance Company | Medical Records/Bills |
| 0665890869 | E.J. | 2/4/2024 | Ortiz Health and Rehab Center, Inc. | U.S. Mail | Allstate Fire and Casualty Insurance Company | HICF |
| 0690836085 | Y.A. | 2/10/2023 | Align to Shine Chiropratic LLC | U.S. Mail | Allstate Property and Casualty Insurance Company | Medical Records/Bills |
| 0690836085 | J.A. | 2/10/2023 | Align to Shine Chiropratic LLC | U.S. Mail | Allstate Property and Casualty Insurance Company | Medical Records/Bills |
| 0705933968 | E.S. | 3/23/2023 | Align to Shine Chiropratic LLC | U.S. Mail | Allstate Indemnity Company | HICF |
| 0705933967 | F.S. | 3/23/2023 | Align to Shine Chiropratic LLC | U.S. Mail | Allstate Indemnity Company | HICF |
| 0689779451 | M.F. | 4/13/2023 | Align to Shine Chiropratic LLC | U.S. Mail | Allstate Fire and Casualty Insurance Company | Medical Records/Bills |
| 0700043078 | E.D. | 5/15/2023 | Align to Shine Chiropratic LLC | Interstate Wires/Fax | Allstate Fire and Casualty Insurance Company | Medical Records/Bills |
| 0706965092 | L.S. | 10/12/2023 | Align to Shine Chiropratic LLC | U.S. Mail | Allstate Fire and Casualty Insurance Company | Medical Records/Bills |
| 0753288562 | T.J. | 10/30/2023 | Align to Shine Chiropratic LLC | Interstate Wires/Fax | Allstate Property and Casualty Insurance Company | Medical Records/Bills |
| 0713169217 | E.R. | 11/15/2023 | Align to Shine Chiropratic LLC | U.S. Mail | Allstate Insurance Company | Medical Records/Bills |
| 0738405877 | N.S. | 1/8/2024 | Align to Shine Chiropratic LLC | U.S. Mail | Allstate Indemnity Company | HICF |
| 0735866873 | S.K. | 1/26/2024 | Align to Shine Chiropratic LLC | Interstate Wires/Fax | Allstate Indemnity Company | Medical Records/Bills |
| 0734682123 | G.H. | 1/30/2024 | Align to Shine Chiropratic LLC | Interstate Wires/Fax | Allstate Indemnity Company | Medical Records/Bills |
| 0738405877 | F.S. | 2/26/2024 | Align to Shine Chiropratic LLC | U.S. Mail | Allstate Indemnity Company | Medical Records/Bills |
| 0748973005 | V.S. | 7/2/2024 | Align to Shine Chiropratic LLC | U.S. Mail | Allstate Fire and Casualty Insurance Company | Medical Records/Bills |
| 0750531782 | R.V. | 7/17/2024 | Align to Shine Chiropratic LLC | U.S. Mail | Allstate Fire and Casualty Insurance Company | Medical Records/Bills |
| 0766332209 | C.H. | 8/26/2024 | Align to Shine Chiropratic LLC | U.S. Mail | Allstate Property and Casualty Insurance Company | HICF |
| 0745496587 | B.R. | 10/11/2024 | Align to Shine Chiropratic LLC | U.S. Mail | Allstate Fire and Casualty Insurance Company | HICF |
| 0770003127 | I.K. | 10/25/2024 | Align to Shine Chiropratic LLC | U.S. Mail | Allstate Fire and Casualty Insurance Company | Medical Records/Bills |
| 0776829848 | M.E. | 12/13/2024 | Align to Shine Chiropratic LLC | U.S. Mail | Allstate Fire and Casualty Insurance Company | Medical Records/Bills |
| 0768081648 | L.L. | 12/27/2024 | Align to Shine Chiropratic LLC | U.S. Mail | Allstate Fire and Casualty Insurance Company | Medical Records/Bills |
| 0780915542 | N.C. | 2/5/2025 | Align to Shine Chiropratic LLC | U.S. Mail | Allstate Fire and Casualty Insurance Company | Medical Records/Bills |
| 0785947185 | D.J. | 3/12/2025 | Align to Shine Chiropratic LLC | U.S. Mail | Allstate Fire and Casualty Insurance Company | Medical Records/Bills |
| 0781224878 | M.L. | 3/20/2025 | Align to Shine Chiropratic LLC | U.S. Mail | Allstate Fire and Casualty Insurance Company | Medical Records/Bills |
| 0779391069 | A.M. | 4/18/2025 | Align to Shine Chiropratic LLC | U.S. Mail | Allstate Fire and Casualty Insurance Company | Medical Records/Bills |
| 0780172490 | S.O. | 6/11/2025 | Align to Shine Chiropratic LLC | U.S. Mail | Allstate Fire and Casualty Insurance Company | Medical Records/Bills |
| 0768956484 | M.L. | 1/20/2025 | Align to Shine Chiropratic LLC | U.S. Mail | Allstate Fire and Casualty Insurance Company | Medical Records/Bills |
| 0764562443 | A.R. | 2/13/2025 | Align to Shine Chiropratic LLC | Interstate Wires/Fax | Allstate Fire and Casualty Insurance Company | Medical Records/Bills |