UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

ALLSTATE INSURANCE
COMPANY; ALLSTATE
INDEMNITY COMPANY;
ALLSTATE FIRE AND
CASUALTY INSURANCE
COMPANY; and ALLSTATE
PROPERTY AND CASUALTY
INSURANCE COMPANY,

      Plaintiffs,

v.                                    Case No: 6:25-cv-01564-PGB-RMN

ORTIZ HEALTH AND REHAB
CENTER, INC.; ALIGN TO
SHINE CHIROPRACTIC LLC;
ORLINE JOSEPH; and RICARDO
BACALLAO,

      Defendants.

## Notice of Pendency of Other Actions

In accordance with Local Rule 1.07, I certify that the instant action:

_____  IS  related to pending or closed civil or criminal case(s) previously filed in this Court, or any other Federal or State court, or administrative agency as indicated below:

_____

_____

\_\_X\_\_  IS NOT  related to any pending or closed civil or criminal case filed with this Court, or any other Federal or State court, or administrative agency.

I further certify that I will serve a copy of this Notice of Pendency of Other Actions upon each party no later than fourteen days after appearance of the party.

Dated:

*Andrew H. DeNinno*
―――――――――――――――――
Plaintiff(s) Counsel of Record
Andrew H. DeNinno (FBN 1061324)
adeninno@ktmpc.com
KTM
350 Granite Street, Suite 2204
Braintree, MA 02184
(617) 770-2214 (phone)

―――――――――――――――――
Defendant(s) Counsel of Record
or Pro Se Party
[Address and Telephone]

## **CERTIFICATE OF SERVICE**

I, Andrew H. DeNinno, counsel for the plaintiffs, hereby certify that on August 18, 2025, I electronically filed the foregoing papers with the Clerk of the Court using the ECF system, which will send notice of such filing to all counsel of record and will make this disclosure available on the public docket.

KTM

*/s/ Andrew H. DeNinno*

_____
Andrew H. DeNinno (FBN 1061324)
adeninno@ktmpc.com
KTM
350 Granite Street, Suite 2204
Braintree, MA 02184
(617) 770-2214 (phone)